UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY SUMMERS and Melanie Murillo,<br><br>        Plaintiff,<br><br>    v.<br><br>THE CARVIST CORPORATION, BILL O'CONNELL and GEORGE NESS as Trustees of the Carvist Corporation Retirement Plan,<br><br>        Defendants. | Case No.    CV06-7870 ABC (JWJ)<br><br>[Magistrate Jeffrey W. Johnson]<br><br>**ORDER ON STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

      Pursuant to the stipulation by and between the parties in the captioned matter, by and through their counsel of record, the above-captioned matter hereby is dismissed with prejudice pursuant to Fed. R. Civ. P. § 41 (a)(1)(A)(ii).

**IT IS SO ORDERED.**

Dated: January  25 , 2010

_____

UNITED STATES MAGISTRATE JUDGE

ORDER ON STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

1